A11A0217. CARDINALE v. CITY OF ATLANTA et al.
(726 SE2d 600)

McFADDEN, Judge.

The decision of the Court of Appeals in this case having been reversed in part by the Supreme Court, *Cardinale v. City of Atlanta*, 290 Ga. 521 (722 SE2d 732) (2012), our decision in *Cardinale v. City of Atlanta*, 308 Ga. App. 234 (706 SE2d 692) (2011), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed in part and reversed in part. Phipps, P. J., and Andrews, J., concur.*

DECIDED MARCH 22, 2012.

Matthew Cardinale, *pro se.*

*Amber A. Robinson, Kristen E. Brooks*, for appellees.